B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Texas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Southern School, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-4232018** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1650 Friendswood Lakes Blvd.**<br>**Friendswood, TX**<br>ZIP Code **77546** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Galveston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Southern School, LLC** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Southern School, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Ronald J. Smeberg**
Signature of Attorney for Debtor(s)

**Ronald J. Smeberg**
Printed Name of Attorney for Debtor(s)

**The Smeberg Law Firm, PLLC**
Firm Name

**11550 IH 10 West, Suite 180**
**San Antonio, TX 78230**

_____
Address

Email: ron@smeberg.com
**210-695-6684**
Telephone Number

**October 31, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Kamlesh Hasmukh**
Signature of Authorized Individual

**Kamlesh Hasmukh**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**October 31, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  **Southern School, LLC**  
        Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AT&T Universal Business<br>PO Box 6235<br>Sioux Falls, SD 57117 | AT&T Universal Business<br>PO Box 6235<br>Sioux Falls, SD 57117 | Credit card | | 4,900.00 |
| Centerpoint Energy, Inc.<br>Attn. Legal Department<br>P.O. Box 4567<br>Houston, TX 77210 | Centerpoint Energy, Inc.<br>Attn. Legal Department<br>P.O. Box 4567<br>Houston, TX 77210 | Natural Gas | | Unknown |
| Champion Energy Services<br>Attn: Commercial Accounts<br>P.O. Box 4190<br>Houston, TX 77210-4190 | Champion Energy Services<br>Attn: Commercial Accounts<br>P.O. Box 4190<br>Houston, TX 77210-4190 | Electrical Service | | Unknown |
| CIT Small Business Lending Corporation<br>640 Plaza Drive, Suite 200<br>Highlands Ranch, CO 80129 | CIT Small Business Lending Corporation<br>640 Plaza Drive, Suite 200<br>Highlands Ranch, CO 80129 | The Goddard School<br>1650 Friendswood Lakes<br>Friendswood, Texas 77546 | | 1,957,629.72<br><br>(0.00 secured) |
| CIT/QDSontheweb<br>10201 Centurion Pkwy N., Suite 100<br>Jacksonville, FL 32256 | CIT/QDSontheweb<br>10201 Centurion Pkwy N., Suite 100<br>Jacksonville, FL 32256 | Copier Service | | 213.55 |
| City of Friendswood<br>Attn: City Manager<br>910 S. Friendswood Drive<br>Friendswood, TX 77546 | City of Friendswood<br>Attn: City Manager<br>910 S. Friendswood Drive<br>Friendswood, TX 77546 | Water and Sewer | | Unknown |
| Comcast<br>Attn. Business Services<br>P.O. Box 660618<br>Dallas, TX 75266 | Comcast<br>Attn. Business Services<br>P.O. Box 660618<br>Dallas, TX 75266 | internet service | | Unknown |
| Galveston County Tax Office<br>Tax Assessor Collector<br>722 Moody Avenue<br>Galveston, TX 77550 | Galveston County Tax Office<br>Tax Assessor Collector<br>722 Moody Avenue<br>Galveston, TX 77550 | The Goddard School<br>1650 Friendswood Lakes<br>Friendswood, Texas 77546 | | 38,000.00<br>(Unknown secured)<br>(1,957,629.72 senior lien) |

B4 (Official Form 4) (12/07) - Cont.
In re **Southern School, LLC**
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Goddard Systems Inc.<br>1016 West Ninth Avenue<br>King of Prussia, PA 19406 | Goddard Systems Inc.<br>1016 West Ninth Avenue<br>King of Prussia, PA 19406 | Franchise Fees | | 5,541.00 |
| Goddard Systems Inc./Brooks Advertising<br>1016 West Ninth Avenue<br>King of Prussia, PA 19406 | Goddard Systems Inc./Brooks Advertising<br>1016 West Ninth Avenue<br>King of Prussia, PA 19406 | Advertising Linked to Franchise | | 58,000.00 |
| Harvard Alumni Association<br>P.O. Box 13337<br>Philadelphia, PA 19101 | Harvard Alumni Association<br>P.O. Box 13337<br>Philadelphia, PA 19101 | Credit Card | | 2,600.00 |
| Hasmukh Bhakta<br>3430 Butler Ave.<br>Los Angeles, CA 90066 | Hasmukh Bhakta<br>3430 Butler Ave.<br>Los Angeles, CA 90066 | Business Loan | | 30,000.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Payroll Taxes | | 46,256.00 |
| Kamla Hasmukhbhai<br>915 W. Nasa Parkway<br>Webster, TX 77598 | Kamla Hasmukhbhai<br>915 W. Nasa Parkway<br>Webster, TX 77598 | Business Loan | | 55,000.00 |
| M&T Bank<br>P.O. Box 6353<br>Fargo, ND 58125-6353 | M&T Bank<br>P.O. Box 6353<br>Fargo, ND 58125-6353 | Business Loan | | 4,469.09 |
| Nershana Hasmukh<br>915 W. NASA Road One<br>Webster, TX 77598 | Nershana Hasmukh<br>915 W. NASA Road One<br>Webster, TX 77598 | Business Loan | | 55,000.00 |
| Ravindra Bhagat<br>301 E. Highway 6<br>Alvin, TX 77511 | Ravindra Bhagat<br>301 E. Highway 6<br>Alvin, TX 77511 | Business Loan | | 30,000.00 |
| State of Texas<br>Comptroller of Public Accounts<br>P.O. Box 149359<br>Austin, TX 78714 | State of Texas<br>Comptroller of Public Accounts<br>P.O. Box 149359<br>Austin, TX 78714 | | | 5,473.00 |
| US Bank ADA Business Resources<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | US Bank ADA Business Resources<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Business Loan | | 20,941.95 |
| US Bank LinuxFund.org<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | US Bank LinuxFund.org<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Business Loan | | 20,515.83 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Southern School, LLC**                                    Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 31, 2011**             Signature  **/s/ Kamlesh Hasmukh**
                                                  **Kamlesh Hasmukh**
                                                  **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

3TXG, LP
4430 W. Maple Dr.
Friendswood, TX 77546


AT&T Universal Business
PO Box 6235
Sioux Falls, SD 57117


Centerpoint Energy, Inc.
Attn. Legal Department
P.O. Box 4567
Houston, TX 77210


Champion  Energy Services
Attn: Commercial Accounts
P.O. Box 4190
Houston, TX 77210-4190


CIT Small Business Lending Corporation
640 Plaza Drive, Suite 200
Highlands Ranch, CO 80129


CIT/QDSontheweb
10201 Centurion Pkwy N., Suite 100
Jacksonville, FL 32256


City of Friendswood
Attn: City Manager
910 S. Friendswood Drive
Friendswood, TX 77546


Comcast
Attn. Business Services
P.O. Box 660618
Dallas, TX 75266

Galveston County Tax Office
Tax Assessor Collector
722 Moody Avenue
Galveston, TX 77550


Goddard Systems Inc.
1016 West Ninth Avenue
King of Prussia, PA 19406


Goddard Systems Inc./Brooks Advertising
1016 West Ninth Avenue
King of Prussia, PA 19406


Harvard Alumni Association
P.O. Box 13337
Philadelphia, PA 19101


Hasmukh Bhakta
3430 Butler Ave.
Los Angeles, CA 90066


Heartland Payment Systems
Attn: Management
1 Heartland Way
Jeffersonville, IN 47130


IESI-Alvin
Buisness Accounts
P.O. Box 1508
Alvin, TX 77512-1508


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

```
Kamla Hasmukhbhai
915 W. Nasa Parkway
Webster, TX 77598




M&T Bank
P.O. Box 6353
Fargo, ND 58125-6353




Nershana Hasmukh
915 W. Nasa Road One
Webster, TX 77598




Ravindra Bhagat
301 E. Highway 6
Alvin, TX 77511




State of Texas
Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714




US Bank ADA Business Resources
P.O. Box 790408
Saint Louis, MO 63179-0408




US Bank LinuxFund.org
P.O. Box 790408
Saint Louis, MO 63179-0408
```